No. 64, Misc. COLEMAN v. NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Victor Rabinowitz* for petitioner. *Aaron E. Koota* and *William I. Siegel* for respondent.

Mr. Justice Douglas is of the opinion that certiorari should be granted in the following cases (beginning with No. 754, Misc., and extending through No. 850, Misc., on this page):